No. 86–5384. BONIN *v.* T. L. JAMES & CO., INC., ET AL., *ante,* p. 888;

No. 86–5427. MAK *v.* UNITED STATES, *ante,* p. 889; and

No. 86–5550. IN RE DIXON, *ante,* p. 913. Petitions for rehearing denied.

No. 85–1535. VEREZ ET AL. *v.* VIRGINIA, *ante,* p. 813;

No. 85–1854. BANKS *v.* FINLEY-SELIGMAN & LATZ, INC., *ante,* p. 816;

No. 85–1856. JAYCO SYSTEMS, INC. *v.* SAVIN BUSINESS MACHINES CORP., *ante,* p. 816;

No. 85–1960. DURDEN *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 820;

No. 85–1975. POLYAK *v.* HULEN ET AL., *ante,* p. 821;

No. 85–1991. IN RE POLYAK, *ante,* p. 810;

No. 85–2018. KUNGLE *v.* ST. JOHN'S COLLEGE ET AL., *ante,* p. 822;

No. 85–2059. WINSLOW *v.* BOARD OF MORGAN COUNTY COMMISSIONERS, *ante,* p. 825;

No. 85–2112. LODI TRUCK SERVICE, INC. *v.* DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA, *ante,* p. 801;

No. 85–2132. KEHOE *v.* HOFMANN, *ante,* p. 828;

No. 85–2165. DAMASCUS *v.* PACIFIC BELL CO. ET AL., *ante,* p. 830;

No. 85–6844. PULLEY *v.* SCOTT ET AL., *ante,* p. 803;

No. 85–6890. BUELL *v.* OHIO, *ante,* p. 871;

No. 85–6897. CLARK *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, *ante,* p. 833;

No. 85–6937. MAY *v.* INTERNATIONAL BUSINESS ASSOCIATES, INC., ET AL., *ante,* p. 834;

No. 85–6941. BASALYGA *v.* PENNSYLVANIA, *ante,* p. 834;

No. 85–7007. FINNAN *v.* FINNAN ET AL., *ante,* p. 836;

No. 85–7017. COOK *v.* GEORGIA, *ante,* p. 871;

No. 85–7042. EITEL *v.* BALDWIN, *ante,* p. 838;

No. 85–7065. JACKSON *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES, *ante,* p. 839;

No. 85–7070. BYRNE *v.* LOUISIANA, *ante,* p. 871;

No. 85–7135. COLLIER *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, *ante,* p. 842;

No. 85–7141.  WARD v. LOUISIANA, *ante*, p. 871;

No. 85–7165.  GRANDISON v. MARYLAND, *ante*, p. 873;

No. 85–7192.  GOODRICH v. BANK OF AMERICA ET AL., *ante*, p. 845;

No. 85–7199.  WALKER v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, *ante*, p. 845;

No. 85–7215.  IN RE WENDT, *ante*, p. 810;

No. 86–14.  BUCKLEY v. PENNSYLVANIA, *ante*, p. 802;

No. 86–15.  DEVINE v. UNITED STATES, *ante*, p. 848;

No. 86–56.  SHOECRAFT v. CATHOLIC SOCIAL SERVICES BUREAU, INC., ET AL., *ante*, p. 805;

No. 86–128.  FLORENCE ET UX. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 851;

No. 86–182.  POLYAK v. BUFORD EVANS & SONS, *ante*, p. 804;

No. 86–235.  BELL v. NEW YORK ET AL., *ante*, p. 854;

No. 86–242.  SMITH v. DEPARTMENT OF THE AIR FORCE, *ante*, p. 854;

No. 86–5041.  VALWAY ET UX. v. KEARNS ET AL., *ante*, p. 857;

No. 86–5083.  WRIGHT v. YACKLEY, *ante*, p. 859;

No. 86–5086.  PETRIC v. MARYLAND, *ante*, p. 860;

No. 86–5097.  JENSON v. McDOUGALD, *ante*, p. 860;

No. 86–5156.  MAY v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL., *ante*, p. 863;

No. 86–5157.  HARVARD v. FLORIDA, *ante*, p. 863;

No. 86–5160.  FEWELL v. FEWELL, *ante*, p. 863;

No. 86–5206.  FREE v. ILLINOIS, *ante*, p. 871; and

No. 86–5233.  DUVALLON v. FLORIDA, *ante*, p. 866.  Petitions for rehearing denied.  JUSTICE SCALIA took no part in the consideration or decision of these petitions.

DECEMBER 3, 1986

No. A–426.  EVANS v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.  JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth